| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700 | **FILED**<br><br>NOV 0 4 2015<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $20,339.00 IN U.S. CURRENCY,<br><br>ALL FUNDS SEIZED FROM BANK OF AMERICA IN ACCOUNT NUMBERS ****0496 AND ****3996, HELD IN THE NAME OF TIMOTHY BETSCHART, IN AN AMOUNT UP TO AND INCLUDING $31,080.47,<br><br>ALL FUNDS ASSOCIATED WITH E*TRADE ACCOUNT NUMBER 35741927, OWNED BY TIM BETSCHART, IN AN AMOUNT IN AN AMOUNT UP TO AND INCLUDING $7,934.54,<br><br>2012 AUDI Q5, VIN: WA1DKAFP9CA031827, CALIFORNIA LICENSE NUMBER: 7KZD901, REGISTERED TO TIMOTHY BETSCHART AT 2008 PETRUCIO WAY IN ROSEVEILLE, CA, and<br><br>2014 AUDI RS7, VIN: WUAW2AFC1EN904271, CALIFORNIA LICENSE NUMBER: 7JNK210, REGISTERED TO TIMOTHY BETSCHART AT 2008 PETRUCIO WAY IN ROSEVEILLE, CA,<br><br>Defendants. | 2:15-SW-00477-CKD<br>2:15-SW-00478-CKD<br>2:15-SW-00479-CKD<br>2:15-SW-00480-CKD<br>2:15-SW-00481-CKD<br><br>REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |

The seizure warrants in the above-captioned proceeding were executed on September 14 and 17,

1

2015[1]. As a result, there is no need for the seizure warrants or seizure warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the seizure warrants and seizure warrant affidavit be unsealed.

Date: 11/4/2015

KEVIN C. KHASIGIAN
Assistant U.S. Attorney

---

[1] The VIN number that was listed for the 2012 Audi Q5 is the VIN number for the 2014 Audi RS7 and the VIN number that was listed for the 2014 Audi RS7 is the VIN number for the 2012 Audi Q5. The VIN numbers listed above are correctly referenced with each vehicle.